IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02495-PSF-OES

DEREK WILLIAM MCBEE,

    Applicant,

v.

LARRY REID,
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

F I L E D
UNITED STATES DISTRICT COURT
COLORADO

JAN 2 0 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER TO ANSWER

---

After preliminary consideration of the Application For A Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254, it is now

ORDERED that on or before **February 17, 2006**, the respondents shall file an answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases.

DATED: January 18, 2006

BY THE COURT:

*s/ Phillip S. Figa*

PHILLIP S. FIGA
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02495-PSF-OES

Derek William McBee
Prisoner No. 80769
Colorado State Penitentiary
PO Box 777 – Unit D-6-14
Canon City, CO 81215- 0777

Larry Reid
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

John Suthers, Attorney General
Office of the Attorney General
c/o Laurie Booras, Assistant Attorney General


    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst and Laurie Booras for process of service on Larry Reid and John Suthers: APPLICATION FOR WRIT OF HABEAS CORPUS FILED 12/9/05, AND CONSENT FORM on 1/20/06.

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk